**96–2177.   State ex rel. Houston v. Ohio Adult Parole Auth.**
In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss

sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Stratton, JJ., concur.